UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHERYL R. DAWSON,

        Plaintiff,

-vs-                                                Case No. 5:05-cv-45-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 8) recommending that the Plaintiff's Complaint be dismissed without prejudice for failure to prosecute this action and for her failure to comply with Orders of the Court. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice; and

(3) the Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 8th day of August, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record